PER CURIAM.

(No. 74-CC-489—Claimant 

CENTRAL OFFICE EQUIPMENT COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 8, 1974.*

CENTRAL OFFICE EQUIPMENT CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.